**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frederick L. Foor                                    CHAPTER 13
       Samantha J. Foor
            Debtor(s)                                    BKY. NO. 24-21280 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Colonial Savings, F.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Apr 2025, 18:20:50, EDT

Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com