**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| **FREDERICK L. FOOR AND** | ) **Case No. 24-21280-CMB** |
| **SAMANTHA J. FOOR** | ) |
| | ) **Chapter 13** |
| Debtor(s). | ) |
| | X **Related to Docket No. _____** |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐        a motion to dismiss case or certificate of default requesting dismissal

☒        a plan modification sought by:   Counsel for the Debtor and Chapter 13 Trustee

☐        a motion to lift stay
         as to creditor         _____

☐        Other:            _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated June 5, 2024
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒        Debtor(s) Plan payments shall be changed from $ _____ to $___ per month, effective_____, 2026 and/or the Plan term shall be changed from _48_ months to 51 months.

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:

**<u>PNC CL#8, filed after initial plan confirmation, will govern.</u>**

     **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

     **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of _____February_____, 2026

SIGNED
2/26/26 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/ Daniel P. Foster
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21280-CMB |
| Frederick L. Foor | Chapter 13 |
| Samantha J. Foor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick L. Foor, Samantha J. Foor, 224 Marshall Road, Monaca, PA 15061-2715 |
| 15802775 | + | Heritage Valley Health System, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15802783 | + | UPMC Dental Advantage, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-6610 |
| 15802784 | + | UPMC Life Changing Medicine, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15802762 | + | Email/PDF: bncnotices@becket-lee.com | Feb 27 2026 00:28:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15802763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2026 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 15802764 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 27 2026 00:17:00 | Bk Of Amer, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 15802770 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2026 00:16:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15802765 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2026 00:28:31 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 15802766 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2026 00:28:36 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15802767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:23 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15839750 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:23 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15802768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:32 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15802769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:24 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15802771 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 27 2026 00:17:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 15837668 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 27 2026 00:17:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 15802772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:17:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15802773 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:23 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, |

|  |  |  | Sioux Falls, SD 57117-6500 |
| 15810296 | | Email/Text: mrdiscen@discover.com | |
| | | Feb 27 2026 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15802774 | + | Email/Text: mrdiscen@discover.com | |
| | | Feb 27 2026 00:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15814632 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15818239 | + | Email/Text: RASEBN@raslg.com | |
| | | Feb 27 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16637323 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Feb 27 2026 00:16:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 15837898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 27 2026 00:28:37 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16427627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 27 2026 00:28:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15817679 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 27 2026 00:28:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15802776 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:37 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:37 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:22 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:29 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:29 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15802782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2026 00:28:30 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15824223 | | Email/Text: BNCnotices@dcmservices.com | |
| | | Feb 27 2026 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15824225 | | Email/Text: BNCnotices@dcmservices.com | |
| | | Feb 27 2026 00:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Colonial Savings, F.A. |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | PNC BANK, N.A. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                           User: auto                              Page 3 of 3
Date Rcvd: Feb 26, 2026                        Form ID: pdf900                          Total Noticed: 35

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Daniel P. Foster | |
| | on behalf of Debtor Frederick L. Foor dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Samantha J. Foor dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6